# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TILLERY,<br>    Plaintiff, | Case No. 1:19-cv-1046<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| SANMAR CORPORATION,<br>    Defendant. | **ORDER** |

This matter is before the Court on Plaintiff's Unopposed Motion for Dismissal Without Prejudice.  (Doc. 20).

For good cause shown, this motion is GRANTED, and this action is hereby DISMISSED without prejudice and equitably tolling plaintiff's statute of limitations for one year following this ORDER.

**IT IS SO ORDERED.**

Date:  12/01/2020

Karen L. Litkovitz
United States Magistrate Judge